445 A.2d 227

Conemaugh Coal etc. v. Demag Baumaschinen.

Appeal of Demag Baumaschinen GmbH and Demag Material Handling Corp.

Argued May 21, 1981.   David G. Ries, for Baumaschinen, appellant;  Kim R. Bobrowsky, for Conemaugh, appellees;  Richard C. Lane, for Pittsburgh Contractors, appellee;  Carl Harvison, for Caterpillar Tractor, participating party.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.